IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN VAN KLEEF                                                                                          PLAINTIFF

v.                              CASE NO. 4:15CV00176 BSM

GOODMAN MANUFACTURING CO., L.P.,
GOODMAN COMPANY, L.P, and
GOODMAN GLOBAL, INC.                                                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE