IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHN VAN KLEEF, et al.**                                                                              **PLAINTIFFS**

**v.**                                **CASE NO. 4:15-CV-00176 BSM**

**GOODMAN MANUFACTURING
CO. L.P., et al.**                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

DATED this 5th day of October 2016.

_____
UNITED STATES DISTRICT JUDGE